ORIGINAL

FILED

12/07/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0367

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## SUPREME COURT No. DA 21-0367

MATTHEW RYAN AILER,

      Defendant and Appellant,

v.

STATE OF MONTANA,

      Plaintiff and Appellee,

FILED

DEC 0 3 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER

Upon consideration of Appellant's motion for extension of time,

IT IS HEREBY ORDERED that Appellant's opening brief shall be filed on or before January 8, 2022.

DATED this 7th day of December, 2021.

For the Court,



Chief Justice

ORDER - 1

FILED

DEC 0 7 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana